**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **MICHAEL MAHONEY,** | : | **CIVIL NO. 3:15-CV-1655** |
| Petitioner | : | |
| | : | (Judge Munley) |
| v. | : | |
| **DAVID J. EBBERT,** | : | |
| Respondent | : | |

## ORDER

**AND NOW**, to wit, this 2nd of November 2015, upon consideration of the petition for writ of habeas corpus (Doc. 1), and for the reasons set forth in the court's memorandum of the same date, it is hereby ORDERED that:

1. Petitioner's motion (Doc. 2) to proceed *in forma pauperis* is GRANTED.

2. The petition for writ of habeas corpus (Doc. 1) is DISMISSED without prejudice for lack of jurisdiction.

3. The Clerk of Court is directed to NOTIFY the petitioner.

4. The Clerk of Court is further directed to CLOSE this case.

                              **BY THE COURT:**

                              **s/James M. Munley
JUDGE JAMES M. MUNLEY
United States District Court**